UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

            Plaintiff(s),

v.

            Case No. 2:12−cv−12584−SFC−LJM
            Hon. Sean F. Cox

John Does 1−46,

            Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/10/2013, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/Sean F. Cox
Sean F. Cox
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/J. McCoy
Case Manager

Dated: December 27, 2012