## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:12-cv-12584-SFC-LJM |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-46, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were issued the IP addresses 174.84.240.18, 174.124.201.28, 24.231.182.82, 24.247.90.22, 66.227.159.246, 75.134.169.168, 96.35.110.64, 107.5.35.110, 107.5.43.151, 24.11.177.138, 24.11.28.238, 68.32.87.200, 68.32.93.41, 68.40.116.96, 68.40.188.44, 68.40.193.205, 68.40.242.224, 68.40.59.53, 68.41.101.60, 68.41.106.152, 68.42.118.183, 68.42.84.70, 68.43.197.217, 68.43.254.74, 68.43.84.188, 68.60.151.241, 69.137.221.116, 69.245.74.171, 69.246.1.244, 71.205.143.203, 71.227.53.105, 71.238.126.53, 71.238.150.225, 76.112.25.176, 98.224.171.119, 98.224.245.246, 98.243.113.45, 98.243.118.31, 98.243.71.228, 98.250.88.78, 35.16.111.200, 97.78.188.98, 24.192.149.246, 24.192.16.239, 67.149.229.123 and 74.199.75.26, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 31, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)